FILED
CLERK, U.S. DISTRICT COURT

JUN 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7 **UNITED STATES DISTRICT COURT**
8 **CENTRAL DISTRICT OF CALIFORNIA**
9 **WESTERN DIVISION**
10
11 MICHAEL CARRASCO,                    )   No.  CV 08-358-PSG (AGR)
12                    Petitioner,        )
                                         )   **JUDGMENT**
13     v.                                )
14 LINDA SANDERS, Warden,                )
15                    Respondent.        )
16 _____ )

17     Pursuant to the order adopting the magistrate judge's final report and
18 recommendation,
19     IT IS ADJUDGED that the petition in this matter is denied and dismissed
20 without prejudice.
21
22 DATED: _____6/18/08_____           _____
23                                     PHILLIP S. GUITIERREZ
                                       UNITED STATES DISTRICT JUDGE
24
25
26
27
28